## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

**Leonardo Antonio Lopez Rodriguez**

     v.                            Case No. 26-cv-120-PB-AJ

**FCI Berlin, Warden, et al.**

### ORDER

After the government notified the Court that Leonardo Antonio Lopez Rodriguez received the bond hearing he sought on March 3, 2026, see Doc. 7, I ordered Lopez Rodriguez to show cause within seven days why his petition should not be dismissed. Doc. 8. Lopez Rodriguez has not responded to that order to date, so his petition shall be dismissed.

The clerk shall enter judgment accordingly and close the case.

SO ORDERED.

                                      /s/ Paul Barbadoro
                                      Paul J. Barbadoro
                                      United States District Judge

March 20, 2026

cc:    Counsel of Record